NO. SCWC-29993

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL C. TIERNEY, Petitioner/Defendant-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 08-1-0869)

ORDER
(By: Nakayama, J. for the court[1])

It appearing that the application for a writ of certiorari, filed on January 27, 2011, was rejected on March 7, 2011,

IT IS HEREBY ORDERED that the "Motion to Strike Prosecutor Delanie Prescott-Tate's Responses from the Record," filed on March 9, 2011, is dismissed.

DATED:  Honolulu, Hawaiʻi, March 18, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama
Associate Justice



---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ. and Circuit Judge Pollack, assigned by reason of vacancy.